672 A.2d 782

**In the Matter of Henry G. BARR, Petition for Reinstatement.**

**No. 848, Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Feb. 26, 1996.

## ORDER

PER CURIAM:

AND NOW, this 26th day of February, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated January 29, 1996, the Petition for Reinstatement is granted.

474

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

CASTILLE, J., did not participate in this matter.